UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FR8 SINGAPORE PTE. LTD.,

        Plaintiff,

- against -

ACROMAR, S.A. and RIVERLAKE
SHIPPING S.A.,

        Defendants.
------------------------------------------------------------X

JUDGE RAKOFF

07 CV 11188
ECF CASE

DEC 12 2007

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: December 12, 2007
       New York, NY

                The Plaintiff,
                FR8 SINGAPORE PTE. LTD.,

                By: _____
                Lauren C. Davies (LD 1980)
                Thomas L. Tisdale (TT 5263)
                TISDALE LAW OFFICES, LLC
                11 West 42nd Street, Suite 900
                New York, NY 10036
                (212) 354-0025 – phone
                (212) 869-0067 – fax
                ldavies@tisdale-law.com
                ttisdale@tisdale-law.com