UNITED STATES DISTRICT COURT                                      Effective May 22, 2006
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**FR8 Singapore PTE, Ltd.**
                          Plaintiff(s),                    **NOTICE OF COURT CONFERENCE**

           -v-

                                                           **07 Civ. 11188   (JSR)**
**Acromar, S.A.**
                          Defendant(s).


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To:   The Attorney(s) for Plaintiff(s):

        Judge Rakoff has ordered that counsel for all parties attend a conference, at the time and place
fixed below, to report the status of this litigation and to consider other relevant matters. You are directed
to furnish all attorneys in this action with copies of this notice and enclosures, and to furnish Chambers
with a copy of any transmittal letter(s).  If you are unaware of the identity of counsel for any of the parties,
you should send a copy of the notice and rules to that party personally, informing the party that any
unrepresented party is required to appear at the conference in person.  Counsel are advised to review Judge
Rakoff's Individual Rules of Practice, a copy of which is enclosed.

        **DATE AND PLACE OF CONFERENCE: MARCH 20, 2008, AT THE UNITED STATES
COURTHOUSE, 500 PEARL STREET, NEW YORK, N.Y. IN COURTROOM 14-B AT11:00 a.m.**

        **No application for adjournment will be considered unless made within one week of the date
of this notice.  The fact that any party has not answered the complaint does not excuse attendance
by that party or warrant any adjournment of the conference.  Finally, upon receipt of this notice,
please immediately furnish Chambers with a courtesy copy of your complaint and F.R.C.P. Rule 7.1
Statement, if applicable.**

SO ORDERED.

                                    _Jed S. Rakoff_
                                    JED S. RAKOFF
                                    U.S.D.J.

DATED:   New York, New York
              _1 - 4 - 08_        .


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-4-08_