```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FR8 SINGAPORE PTE. LTD.,              :
                                      :
                Plaintiff,            :    07 Civ. 11188(JSR)
                                      :
        -v-                           :         ORDER
                                      :
ACROMAR S.A. AND RIVERLAKE SHIPPING   :
S.A.,                                 :
                                      :
                Defendants.           :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

By letter dated January 7, 2008, plaintiff's counsel requests a sixty-day adjournment of the initial pretrial conference in this matter currently scheduled for March 20, 2008. Although no defendant has been served and no funds attached, the Court believes it would be excessive to grant an adjournment of the initial pretrial conference to any date more than 120 days after the filing of the complaint, which was on December 27, 2007. Accordingly, the initial conference is adjourned to 9 a.m. on April 25, 2008.

SO ORDERED.

Dated: New York, NY
       January 22, 2008

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-08